STATE OF NORTH CAROLINA v. CLAIBORNE LEE SHERRON

No. 7114SC107

(Filed 31 March 1971)

APPEAL from *Bickett, Superior Court Judge,* 18 August 1970 Session of DURHAM County Superior Court.

Defendant was charged in a bill of indictment, proper in form, with the offense of breaking and entering a store building with the intent to commit a felony therein. Upon call of the case for trial he tendered a plea of guilty to non-felonious breaking and entering. The plea was accepted after a determination by the court that it was freely, understandingly and voluntarily made. Judgment was entered imposing an active prison sentence of two years and defendant appealed.

*Attorney General Morgan by Deputy Attorney General Moody for the State.*

*W. Paul Pulley, Jr., for defendant appellant.*

GRAHAM, Judge.

Defendant's court appointed counsel has filed a brief in which he candidly states that he is unable to find error in any of the proceedings. We have reviewed the record proper and find that no error appears on the face thereof.

No error.

Chief Judge MALLARD and Judge PARKER concur.